# First District.

In re estate of Louisa Laudon, deceased.
Mathilda O. Laudon, individually and as administratrix of the estate of Louisa Laudon, deceased, and Melitta M. Laudon, appellants, v. Barbara Carolina Friederike Ahner, appellee. Gen. No. 31,949.

Opinion filed February 23, 1928. Rehearing denied March 12, 1928.

Morton S. Cressy, for appellants; Andrew Mitchell and Preston Clark, of counsel. Herbert V. Juul, for appellee.

Mr. Presiding Justice Taylor delivered the opinion of the court.

Frank Smithies, appellee, v. Henry E. Bullock, appellant. Gen. No. 32,054.

Opinion filed February 23, 1928.

Alden, Latham & Young, for appellant; Charles Martin, of counsel. Charles Daniels, for appellee.

Mr. Presiding Justice Taylor delivered the opinion of the court.

Joseph Wrona, appellee, v. Mike and Kate Zamojski, appellants. Gen. No. 32,088.

Opinion filed February 23, 1928.

Anson H. Brown, for appellants. Victor Frohlich, for appellee.

Mr. Presiding Justice Taylor delivered the opinion of the court.